No. 994. UNITED STATES *v.* GULF REFINING COMPANY. May 7, 1923. Petition for a writ of certiorari to the

Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Solicitor General Beck* for the United States. *Mr. R. L. Batts* and *Mr. Frank M. Swacker* for respondent.